WILLIAM F. McLAUGHLIN, ESQ, CSB# 62095
1305 Franklin Street, Suite 311
Oakland, California 94612
Telephone: (510) 839-4456
EMAIL: MCL551@AOL.COM

ERIC GRAVEL, ESQ. CSB# 256672
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 767-3880
EMAIL: ctnotices@gmail.com

Attorneys for Debtor/Defendant
Sally R. Hopkins

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>WENDY HOPKINS,<br><br>    Plaintiff,<br><br>  vs.<br><br>SALLY ROSE HOPKINS,<br><br>    Defendant.<br><hr><br>SALLY ROSE HOPKINS<br><br>    Counter-Claimant,<br><br>  vs.<br><br>WENDY HOPKINS,<br><br>    Counter-Defendant. | Lead Bk. Case: 18-30937 DM<br><br>Chapter 13<br><br>Adversary No. 21-03061 DM<br><br>Joint Status Conference Statement re Status of Settlement<br><br>Date: November 15, 2022<br>Time: 11:00 a.m.<br>Court: Honorable Dennis Montali<br>       VIA TELE/VIDEO CONFERENCE |

    Counsel for Sally Hopkins submits the following joint status statement on behalf of the parties:

    In early October, 2022 the parties reached an agreement on the amount of money

required to settle this controversy. Toward that end Sally Hopkins transferred $90,000 to her counsel's attorney client trust fund. Debtor's counsel obtained a loan broker to complete the refinancing. Escrow has been opened, a title report obtained and an appraisal ordered. Assuming the appraisal is satisfactory, and preliminary estimates based on an on-sight inspection of the property strongly indicate that it will, the broker advises that the loan could close by the end of the month. Pending the close the parties will prepare joint escrow instructions to facilitate the closing, form of mutual release and such other documents necessary to close.

The parties may request the court to approve a stipulated judgment to effectuate a settlement.

The parties further request that the current trial dates be vacated and that a further progress status conference be scheduled in mid-December, 2022 or early January, 2023.

Respectfully submitted:

Dated: November 8, 2022     WILLIAM F. MCLAUGHLIN
                            ERIC J. GRAVEL

                            By /s/ William F. McLaughlin
                            Attorney for Sally R. Hopkins


Dated: November 8, 2022     TALKOV LAW GROUP

                            /s/ Scott Talkov
                            Scott Talkov
                            Attorney for Wendy Hopkins